ED GUYTON v. THE STATE.

No. 3517. Decided April 21, 1915.

Burglary—Indeterminate Sentence Law—Statement of Facts.

In the absence of a statement of facts and bill of exceptions, there is nothing to review on appeal except the sentence of the court, which is reformed under the indeterminate sentence law.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. W. L. Crawford, Jr.

Appeal from a conviction of burglary; penalty, four years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, Presiding Judge.—This is an appeal from a conviction for burglary, the jury assessing four years confinement as the punishment.

There is neither a statement of facts nor a bill of exceptions in the record. There is no question raised which can be reviewed in the absence of these. However, the sentence is for four years straight. It should have followed our indeterminate sentence law. It is, therefore, necessary to reform the judgment herein, which is ordered, and as reformed will be affirmed.

*Affirmed.*